**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE SCOTT, | No. C 06-7464 MHP (pr) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| M. T. A. KELLEY; et al., | |
| Defendants. | |

Maurice Scott, currently incarcerated at the California State Prison - Sacramento, filed this pro se civil rights action under 42 U.S.C. § 1983, complaining of acts and omissions at the California State Prison - Solano, which is located in Solano County. Solano County is within the venue of the Eastern District of California. Defendants are employees at the California State Prison - Solano and apparently reside in the Eastern District of California. Venue therefore properly lies in that district and not in this one. See 28 U.S.C. § 1391(b). Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is TRANSFERRED to the United States District Court for the Eastern District of California. The clerk shall transfer this matter.

IT IS SO ORDERED.

DATED: December 20, 2006

Marilyn Hall Patel
United States District Judge